UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT H. AJAMIAN,

                                    Plaintiff,

                                                        No. 1:14-cv-306
          -v-                                            (DNH/ATB)


MORGAN STANLEY SMITH BARNEY; and
EDWARD DOMINQUEZ, Broker,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

ROBERT H. AJAMIAN
Plaintiff pro se
30 Eberle Road
Latham, NY 12110


DAVID N. HURD
United States District Judge


                          **DECISION and ORDER**

        Pro se plaintiff Robert H. Ajamian filed this complaint on a form for civil rights actions

pursuant to 42 U.S.C. § 1983.  On May 6, 2014, the Honorable Andrew T. Baxter, United

States Magistrate Judge, advised, by Report-Recommendation that plaintiff's complaint be

dismissed sua sponte with prejudice for failure to state a claim pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii).  Plaintiff timely filed objections to the Report-Recommendation.

        Based upon a de novo review of the portions of the Report-Recommendation to which

plaintiff objected, the Report-Recommendation is accepted in whole.  See 28 U.S.C.

§ 636(b)(1).

Therefore, it is

ORDERED that

1.  Plaintiff's complaint is DISMISSED; and

2.  The Clerk is directed to file a Judgment accordingly, serve a copy of this

Decision and Order and the Judgment on plaintiff, and close the file.

IT IS SO ORDERED.

United States District Judge

Dated:  May 28, 2014
          Utica, New York.